## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **ARONKE LASILE,** | |
| **Plaintiff,** | Civil Action No. |
| | 1:22-cv-02472-TWT-JKL |
| v. | |
| **SYNEOS HEALTH US, INC.,** | |
| **Defendant.** | |

## DEFENDANT SYNEOS HEALTH US, INC.'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT

Defendant Syneos Health US, Inc. hereby files this Motion to Dismiss Plaintiff's Amended Complaint, pursuant to Fed. R. Civ. P. 12(b)(6) and hereby moves this Court to dismiss Plaintiff's Amended Complaint because all of Plaintiff's claims fail to state a claim upon which relief can be granted. In support of this motion, Syneos Health US, Inc. submits the attached memorandum of law.

Respectfully submitted this 9th day of August, 2022.

*[Signature on the Following Page]*

**GORDON REES SCULLY MANSUKHANI, LLP**

 /s/Chad A. Shultz
Chad A. Shultz
Georgia Bar No. 644440
55 Ivan Allen Junior Boulevard NW
Suite 750
Atlanta, GA 30308
Telephone: (404) 978-7325
cshultz@grsm.com

*Counsel for Defendant Syneos Health US, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that I have this 9th day of August 2022, filed a true and correct copy of the forgoing **DEFENDANT SYNEOS HEALTH US, INC.'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT** via CM/ECF, which will, in turn, serve a copy to the following counsel of record via email:

Grace A. Starling, Esq.
BARRETT & FARAHANY
P.O. Box 530092
Atlanta, GA 30353
grace@justiceatwork.com

**GORDON REES SCULLY MANSUKHANI, LLP**

*/s/ Chad Shultz*
Chad A. Shultz
COUNSEL