IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ARONKE LASILE,

    Plaintiff,

    v.

SYNEOS HEALTH US, INC.,

    Defendant.

CIVIL ACTION FILE
NO. 1:22-CV-2472-TWT-JKL

# ORDER

This is an employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 16] of the Magistrate Judge recommending that the Defendant's Motion to Dismiss [Doc. 10] should be granted in part and denied in part. No objections to the Report and Recommendation have been filed. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Dismiss [Doc. 10] is GRANTED with regard to Plaintiff's gender-based Title VII sex discrimination claim in Count IV, but DENIED with regard to her remaining claims.

SO ORDERED, this  4th  day of November, 2022.

THOMAS W. THRASH, JR.
United States District Judge